B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Lafayette Yard Community Development Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>22-3618383 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1 West Lafayette Street<br>Trenton, NJ 08625      ZIP CODE 08625-0000 | Street Address of Joint Debtor (No. & Street, City, and State):      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Mercer | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [x] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                   **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Lafayette Yard Community Development Corporation | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)          (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Lafayette Yard Community Development Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Gregory G. Johnson
Signature of Attorney for Debtor(s)
Gregory G. Johnson
Printed Name of Attorney for Debtor(s)
Wong Fleming
Firm Name
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Address

(609) 951-9520 Fax:(609) 951-0270
Telephone Number
September 19, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Joyce Kersey
Signature of Authorized Individual
Joyce Kersey
Printed Name of Authorized Individual
Chairperson
Title of Authorized Individual
September 19, 2013
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re ___Lafayette Yard Community Development Corporation___      Case No. _____

                                      Debtor(s)           Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 *[or chapter 9]* case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Trenton Parking Auth. Walter Drew Smith 16 Hanover Street Trenton, NJ 08608-1308 | Trenton Parking Auth. Walter Drew Smith 16 Hanover Street Trenton, NJ 08608-1308 | | | 7,396,259.00 (0.00 secured) |
| Wells Fargo Bank, N.A. Mary Dellatore, Asst V.P. 123 S. Broad St., Ste 1500 Philadelphia, PA 19109 | Wells Fargo Bank, N.A. Mary Dellatore, Asst V.P. 123 S. Broad St., Ste 1500 Philadelphia, PA 19109 | Debtors Assets | | 14,425,000.00 (10,000,000.00 secured) |
| NJ Economic Authority Lisa Coane, Dir. Portfolio Ser 36 West State Street Trenton, NJ 08625 | NJ Economic Authority Lisa Coane, Dir. Portfolio Ser 36 West State Street Trenton, NJ 08625 | | | 2,789,722.00 (0.00 secured) |
| Capital City Redevelopment Aut Peter Inverso, CCRC 135 W. Hanover St., 2nd FL Trenton, NJ 08625 | Capital City Redevelopment Aut Peter Inverso, CCRC 135 W. Hanover St., 2nd FL Trenton, NJ 08625 | | | 697,436.00 (0.00 secured) |
| Veolia Energy Trenton, LP P.O. Box 29196 New York, NY 10087-9196 | Veolia Energy Trenton, LP P.O. Box 29196 New York, NY 10087-9196 | | | 151,573.84 |
| Trenton Parking Auth. 110-116 N. Warren Street Trenton, NJ 08608-1308 | Trenton Parking Auth. 110-116 N. Warren Street Trenton, NJ 08608-1308 | | | 79,268.50 |
| Hudson Energy Services P.O. Box 29293 New York, NY 10087-9193 | Hudson Energy Services P.O. Box 29293 New York, NY 10087-9193 | | | 67,851.22 |
| Acquest Realty Advisors, Inc. 40701 Woodward Suite 320 Bloomfield Hills, MI 48304 | Acquest Realty Advisors, Inc. 40701 Woodward Suite 320 Bloomfield Hills, MI 48304 | | | 41,000.00 |
| NJ Economic Dev. Authority P.O. Box 18634 Newark, NJ 07191-8634 | NJ Economic Dev. Authority P.O. Box 18634 Newark, NJ 07191-8634 | | | 39,053.62 |
| Marshall Hotels & Resorts Inc. 1315 South Division Street Salisbury, MD 21804 | Marshall Hotels & Resorts Inc. 1315 South Division Street Salisbury, MD 21804 | | | 34,500.75 |

B4 (Official Form 4) (12/07) - Cont.

In re    Lafayette Yard Community Development Corporation                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Micros Systems Inc.<br>Attn: Mid-Atlantic Region<br>7031 Gateway Drive<br>Columbia, MD 21046 | Micros Systems Inc.<br>Attn: Mid-Atlantic Region<br>7031 Gateway Drive<br>Columbia, MD 21046 | | | 26,667.73 |
| Micro Systems Inc.<br>35 Hill Ave NW<br>Fort Walton Beach, FL 32548 | Micro Systems Inc.<br>35 Hill Ave NW<br>Fort Walton Beach, FL 32548 | | | 26,457.73 |
| PSE&G<br>P.O. Box 14444<br>New Brunswick, NJ 08906-4444 | PSE&G<br>P.O. Box 14444<br>New Brunswick, NJ 08906-4444 | | | 21,142.97 |
| City Beef Company, Inc.<br>246 North Willow Street<br>Trenton, NJ 08618 | City Beef Company, Inc.<br>246 North Willow Street<br>Trenton, NJ 08618 | | | 19,237.22 |
| TravelClick<br>300 N. Martingale<br>Suite 650<br>Schaumburg, IL 60173 | TravelClick<br>300 N. Martingale<br>Suite 650<br>Schaumburg, IL 60173 | | | 16,535.29 |
| Trenton Water Works<br>P.O. Box 1790<br>Newark, NJ 07101 | Trenton Water Works<br>P.O. Box 1790<br>Newark, NJ 07101 | | | 13,740.76 |
| Vantage Point Solutions Group<br>Attn Accounts Receivable<br>700 Main St., Ste 100<br>Salisbury, MD 21804 | Vantage Point Solutions Group<br>Attn Accounts Receivable<br>700 Main St., Ste 100<br>Salisbury, MD 21804 | | | 11,935.62 |
| East Coast Laundry<br>92 North Main Street<br>P.O. Box 324<br>Windsor, NJ 08561 | East Coast Laundry<br>92 North Main Street<br>P.O. Box 324<br>Windsor, NJ 08561 | | | 9,122.30 |
| Olympic Laundry<br>P.O. Box 1063<br>Havertown, PA 19083 | Olympic Laundry<br>P.O. Box 1063<br>Havertown, PA 19083 | | | 8,662.10 |
| Marwel & Assocites, Ltd<br>1315 South Division St.<br>Salisbury, MD 21804 | Marwel & Assocites, Ltd<br>1315 South Division St.<br>Salisbury, MD 21804 | | | 8,428.07 |

B4 (Official Form 4) (12/07) - Cont.

In re  Lafayette Yard Community Development Corporation

Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairperson of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   September 19, 2013          Signature   /s/ Joyce Kersey

Joyce Kersey
Chairperson

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re   Lafayette Yard Community Development Corporation

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairperson of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 19, 2013          Signature   /s/ Joyce Kersey

Joyce Kersey

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re   Lafayette Yard Community Development Corporation                Case No.

                              Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chairperson of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 19, 2013           /s/ Joyce Kersey

                                    Joyce Kersey/Chairperson
                                    Signer/Title

1 SOURCE2BUY.COM
2231 PANTUCKET DRIVE
WESLEY CHAPEL, FL 33543


A,S. HOSPITALITY, INC.
3493 LAMAR AVENUE
MEMPHIS, TN 38118


A-1 CONTRACTING STAFFING GROUP
3829 COCONUT PALM DRIVE
TAMPA, FL 33619


ACQUEST REALTY ADVISORS, INC.
40701 WOODWARD
SUITE 320
BLOOMFIELD HILLS, MI 48304


ADAMS PARTY RENTAL
154 TURNBULL AVENUE
TRENTON, NJ 08610


ADP, INC.
P.O. 7247-0372
PHILADELPHIA, PA 19170-0372


AIRE-MASTER
P.O. BOX 1389
WRIGHTSTOWN, NJ 08562


ALANA ELESY
230 BEECH AVENUE
TRENTON, NJ 08618


ALLEN GOANE
225 S. COOK STREET
TRENTON, NJ 08618


ALLIED BEVERAGE GROUP, LLC
MERCHANTS W & L-SOUTH
901 PLEASANT AVENUE
MOUNT LAUREL, NJ 08054

AME
1275  BLOOMFIELD AVENUE
BUILDING #2- SUITE 17B
FAIRFIELD, NJ 07004

AMERICAN HOTEL REGISTER CO.
P.O. BOX 71299
CHICAGO, IL 60694

AT&T
P.O. BOX 5094
CAROL STREAM, IL 60197-5094

AT&T
P.O. BOX 5019
CAROL STREAM, IL 60197-5019

AT&T
P.O. BOX 5095
CAROL STREAM, IL 60197-5095

ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
PO BOX 683 - FRANKLIN STATION
WASHINGTON, DC 20044

BAGELS AND BEYOND
853MILL CREEK ROAD
MANAHAWKIN, NJ 08050

BEN ZABALA
298 NANDIA STREET
PHILADELPHIA, PA 19116

BEN ZABALA
LAFAYETTE YARD HOTEL&CONFERENC
1 WEST LAFAYETTE STREET
TRENTON, NJ 08608

BINGHAM & MCCUTCHEN LLP
FANK A. APPICELLI ESQ.
ONE STATE STREET
HARTFORD, CT 06103-3178

BMI
P.O. BOX 630893
CINCINNATI, OH 45263-0893

BOOKING.COM
5295 PAYSPHERE CIRCLE
CHICAGO, IL 60674-5295

BRANDS OF BRITAIN, LLC
P.O. BOX 2280
SAN RAMON, CA 94583

CAPITAL CITY REDEVELOPMENT AUT
PETER INVERSO, CCRC
135 W. HANOVER ST., 2ND FL
TRENTON, NJ 08625

CARBON'S GOLDEN MALTED
P.O. BOX 71
BUCHANAN, MI 49107

CARLSON WAFONLIT TRAVEL
P.O. BOX 9164
MINNEAPOLIS, MN 55480

CAWLEY
P.O. BOX 2110
MANITOWOC, WI 54221-2110

CHEF WORKS
12325 KERRAN STREET
POWAY, CA 92064

CHIU LEUNG
ATTN: ACCOUNTS RECEIVABLE
2232 62 STREET
BROOKLYN, NY 11204

CINTAS CORPORATION #061
LOC #061
P.O. BOX 630803
CINCINNATI, OH 45263-0803

CINTAS FAS
LOCKBOX 636525
P.O BOX 636525
CINCINNATI, OH 45263

CINTAS THE UNIFORM PEOPLE
97627 EAGLE WAY
CHICAGO, IL 60678

CITY BEEF COMPANY, INC.
246 NORTH WILLOW STREET
TRENTON, NJ 08618

COMFORT HEATING AND COOLING
50 NANCY LANE
DOWNINGTOWN, PA 19335

COMMTRAK CORPORATION
17493 NASSAU COMMONS BLVD
LEWES, DE 19958

CONVENIENCE VALET
DEPT 3080
P.O. BOX 87618
CHICAGO, IL 60680-0618

COURTESY PRODUCTS
ATTN: ACCOUNT RECEIVABLE
P.O. BOX 840020
KANSAS CITY, MO 64184-0020

CRYSTAL CLEAR & SONS
919 HIGHWAY 33
UNIT #41
FREEHOLD, NJ 07728

CUTLERY PLUS
172 FRANKLYN ROAD
TRENTON, NJ 08628

DAMON GUNDY
216 KULP DRIVE
PERKASIE, PA 18944

DECLAN BURTON
5 YORK CIRCLE
MOUNT HOLLY, NJ 08060


DELUX FOR BUSINESS
P.O. BOX 88042
CHICAGO, IL 60680-1042


DENISE JONES
777 WEST STATE STREET
6H
TRENTON, NJ 08608


DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036


DIVERSIFIED INS. INDUSTRIES
VILLAGE OF CROSS KEYS SUITE155
2 HAMILL ROAD
BALTIMORE, MD 21210-1873


DMX, INC.
P.O. BOX 602777
CHARLOTTE, NC 28260-2777


DOW JONES & CO
1155 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10036


DOW JONES LP
SINGLE COPY SALES
P.O. BOX 7001
CHICOPEE, MA 01021-9903


EAST COAST LAUNDRY
92 NORTH MAIN STREET
P.O. BOX 324
WINDSOR, NJ 08561


EASTERN ARMORED SERVICE
P.O. BOX 8733
TRENTON, NJ 08650

ELECTRONIC DRIVES&CONTROLS
17 EASTMANS ROAD
PARSIPPANY, NJ 07054


ELLIS COFFEE COMPANY
LOCKBOX 6926
P.O. BOX 8500
PHILADELPHIA, PA 19178-6926


FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FEDWAY
P.O. BOX 651
BASKING RIDGE, NJ 07920-0651


FIORI'S FLOWERS
1700 SOUTH BROAD STREET
TRENTON, NJ 08610


FOOD TEAM, INC.
P.O. BOX 677373
DALLAS, TX 75267-7373


FOOD TEAM, INC.*ARCHIVED*
P.O. BOX 677373
DALLAS, TX 75267-7373


FORETESSA TABLEWARE SOLUTIONS
22601 DAVIS DRIVE
STERLING, VA 20164-4471


FOWLER EQUIPMENT CO.
565 RAHWAY AVENUE
UNION, NJ 07083


FRANK PERLSTEIN&SONS, INC.
815 SOUTH BROAD STREET
TRENTON, NJ 08601


FS SOUND AND LIGHTING
705 JOHNSTON STREET
TRENTON, NJ 08629

FUTURE SIGNS
19 BOW HILL AVENUE
TRENTON, NJ 08610


GABLER TRAVEL
27 BOYLSTON STREET
ROUTE 9
CHESTNUT HILL, MA 02467


GALLS/QUARTERMASTER
24296 NETWORK PLACE
CHICAGO, IL 60673-1242


GARDEN STATE BASEBALL
TRENTON THUNDER
1 THUNDER ROAD
TRENTON, NJ 08611


GOURMET KITCHEN, INC.
1238 CORLIES AVENUE
NJ 07723


GRAINGER
DEPT 856971130
P.O. BOX 419267
KANSAS CITY, MO 64141-6267


GREEN TREE PACKING, INC.
65 CENTRAL AVENUE
P.O. BOX 386
PASSAIC, NJ 07055


GRIFFITH ELECTRIC SUPPLY
5 SECOND STREET
TRENTON, NJ 08611


GUEST SUPPLY
P.O. 910
MONMOUTH JUNCTION, NJ 08852-0910


HD SUPPLY FACILITES
MAINTENACE LTD.
P.O. BOX 509058
SAN DIEGO, CA 92150-9058

HEALTH FOOD INTERNATIONAL
3939 M. STREET
PHILADELPHIA, PA 19124


HUB CITY DISTRIBUTING CO.
6 PRINCESS ROAD
LAWRENCE TOWNSHIP, NJ 08648


HUDSON ENERGY SERVICES
P.O. BOX 29293
NEW YORK, NY 10087-9193


IBAHN
2755 E. COTTONWOOD PARKWAY
SUITE 400
SALT LAKE CITY, UT 84121


IBRAHIM FIRZBAHARY
44 SHERWOOD AVENUE
TRENTON, NJ 08619


ICE CONCEPTS INC.
777 SCHWAB ROAD
UNIT Q
HATFIELD, PA 19440


ICOPY TECHNOLOGIES, INC.
P.O. BOX 931621
LOS ANGELES, CA 90093


INN KEEPERS
11-52 44TH STREET
LONG ISLAND CITY


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IRA WEXLER PHOTOGRAPHY
6812 MARYLAND AVENUE
P.O. BOX 307
BRADDOCK HEIGHTS, MD 21714

ITALIAN PEOPLES BAKERY, INC.
63 BUTLER STREET
TRENTON, NJ 08611-1597


J. AMBROGI FOOD DISTRICT, INC.
1400 METROPOLITAN AVENUE
P.O. BOX 38
THOROFARE, NJ 08086


JMS TOTAL SERVICE, LLC
320 YORKLYN ROAD
OXFORD, PA 19363


JOHN C. MORRIS JR.
277 WARD AVENUE
APT 10-D
BORDENTOWN, NJ 08505


JUST A LITTLE SOMETHING
40 W LAFAYETTE STREET
TRENTON, NJ 08608


K-KLEEN CLEANERS
125 SOUTH WARREN STREET
TRENTON, NJ 08608


KARCHER NORTH AMERICA
DEPT. CH. 19244
PALATINE, IL 60055-9244


KATIE LYONS
19 DELFT DRIVE
SOUTHAMPTON, PA 18966


KONE INC.
P.O. BOX 429
MOLINE, IL 61266-0429


KONICA MINOLTA PREMIER FINANCE
P.O. BOX 642333
PITTSBURGH, PA 15264-2333


LASER SAVE CENTRAL TECHNOLOGY
834 ROUTE 33, STE 11
FREEHOLD, NJ 07728

LET'S DO LINENS, INC.
517 E. COMMERCE STREET
BRIDGETON, NJ 08302


LODGNET INTERACTIVE CORP.
P.O. BOX 952141
SAINT LOUIS, MO 63195-2141


M3 ACCOUNTING SERVICES, INC.
340 JESSE JEWELL PKWY, SE
SUITE 600
GAINESVILLE, GA 30501


MARK'S
P.O. BOX 121554
FORT WORTH, TX 76121


MARSHALL HOTELS & RESORTS INC.
1315 SOUTH DIVISION STREET
SALISBURY, MD 21804


MARSHALL HOTES
ATT: MIKE GETZEY, COO
1315 SOUTH DIVISION STREET
SALISBURY, MD 21804


MARSHALL INDUSTRIAL TECH.
529 SOUTH CLINTON AVE.
TRENTON, NJ 08611


MARWEL & ASSOCITES, LTD
1315 SOUTH DIVISION ST.
SALISBURY, MD 21804


MAXWELL SERVICE GROUP, INC.
445 ELLIS STREET
BURLINGTON, NJ 08016


MICRO SYSTEMS INC.
35 HILL AVE NW
FORT WALTON BEACH, FL 32548


MICROJAZZ, LLC
9 WEST FRONT STREET
TRENTON, NJ 08608

MICROS SYSTEMS INC.
ATTN: MID-ATLANTIC REGION
7031 GATEWAY DRIVE
COLUMBIA, MD 21046


MINTZ LEVIN COHEN FERRIS, GLOV
ATTN: IAN HAMMEL, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111


MOBILE LIFTS INC.
3476 GERMANTOWN PIKE
COLLEGEVILLE, PA 19426-1504


NADIRA AHMED
58 WAYSIDE ROAD
BERLIN, NJ 08009


NEWMARKET INTERNATIONAL INC.
P.O. BOX 845707
BOSTON, MA 02284-5707


NJ ATTORNEY GENERAL OFFICE
RICHARD J. HUGHS JUSTICE COMP.
25 MARKET ST., PO BOX 112
TRENTON, NJ 08625-0112


NJ DEP. OF TREASURER
ANDREW P. SIDAMON-ERISTOFF
P.O. BOX 0002
TRENTON, NJ 08625-0002


NJ DEPT OF LABOR
DIVISION OF EMPLOYER ACCOUNTS
PO BOX 379
TRENTON, NJ 08625-0379


NJ DEPT OF LABOR
BENEFIT PAYMENT CONTROL
P.O. BOX 951
TRENTON, NJ 08625-0951


NJ DIVISION OF TAXATAION
COMP/ENFOR.- BANKRUPTCY UNIT
50 BARRACK ST., 9TH FL
TRENTON, NJ 08695-0267

NJ ECONOMIC AUTHORITY
LISA COANE, DIR. PORTFOLIO SER
36 WEST STATE STREET
TRENTON, NJ 08625

NJ ECONOMIC DEV. AUTHORITY
P.O. BOX 18634
NEWARK, NJ 07191-8634

OFFICE OF THE US TRUSTEE
MITCHELL HAUSMAN, ESQ.
ONE NEWARK CENTER, STE 2100
NEWARK, NJ 07102

OLYMPIC LAUNDRY
P.O. BOX 1063
HAVERTOWN, PA 19083

PAULIES ICE CREAM
222 CHILTON COURT
FAIRLESS HILLS, PA 19030

PEPSI BEVERAGES COMPANY
P.O. BOX 75948
CHICAGO, IL 60675-5948

PERKINS PAPER, LLC
630 JOHN HANCOCK ROAD
TAUNTON, MA 02780

PETTY CASH
1 WEST LAFAYETTE ST.
TRENTON, NJ 08608

PLASTICARD LOCKTECH INT'L LLP
605 SWEETEN CREE INDUSTRIAL PK
ASHEVILLE, NC 28803

PROTECTION 1
P.O. BOX 219044
KANSAS CITY, MO 64121-9044

PSE&G
P.O. BOPX 14444
NEW BRUNSWICK, NJ 08906-4444

PSE&G
P.O. BOX 14444
NEW BRUNSWICK, NJ 08906-4444


QUENCH USA INC.
P.O. BOX 8500
LOCKBOX 53203
PHILADELPHIA, PA 19178-3203


RELIABLE CARBONIC CO. INC.
334 HANDY STREET
NEW BRUNSWICK, NJ 08901


RITCHIE & PAGE
175 NEW CANTON WAY
TRENTON, NJ 08691


ROTO ROOTER
5672 COLLECTIONS CENTER
CHICAGO, IL 60693


RW MECHANICAL
78 W. COULTER ST.
APT B2
PHILADELPHIA, PA 19144


SAAS-MOORE SERVICE CORP.
906 N. EVERGREEN AVE
WOODBURY, NJ 08096


SAUL EWING LLP
ADAM H. ISENBERG ESQ.
1500 MARKET ST., 38 FLOOR
PHILADELPHIA, PA 19102


SECURITY EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER #400
NEW YORK, NY 10281-1022


SHARED SOLUTIONS & SERVICES
P.O. BOX 4869
DEPARMENT 145
HOUSTON, TX 77210

SHOES FOR CREWS, LLC
P.O. BOX 504634
SAINT LOUIS, MO 63150-4634

SIMCO LOGISTICS/JACK&JILL
P.O. BOX 4170549
BOSTON, MA 02241-7059

SMITH TRAVEL RESEARCH
735 MAIN STREET
HENDERSONVILLE, TN 37075

STANELY ACCESS TECH LLC
P.O. BOX 0371595
PITTSBURGH, PA 15251-7595

STAPLES ADVANTAGE
DEPT DC
P.O. BOX 41526
BOSTON, MA 02241-5256

STARBUCKS CORP.
P.O. BOX 84348
SEATTLE, WA 98134

STARBUCKS CORPORATION
P.O. BOX 84348
SEATTLE, WA 98124-5648

STATE OF NJ DEPT. LABOR
AND WORKFORCE
P.O. BOX 392
TRENTON, NJ 08625-0392

STATE OF NJ DIV YOUTH & FAMILY
PO BOX 729
TRENTON, NJ 08625

STERITECH GROUP INC.
P.O. BOX 472127
CHARLOTTE, NC 28247-2127

SYNERGETIC SOUND & LIGHTING
776 HAUNTED LANE
BENSALEM, PA 19020

SYSCO PHILADELPHIA
P.O. BOX 6499
PHILADELPHIA, PA 19145


TAILFIN FRESH FISH CO.
65 CENTRAL AVE.
P.O. BOX 386
PASSAIC, NJ 07055


TELECHECK SERVICES, INC.
P.O. BOX 60028
CITY OF INDUSTRY, CA 91716-0028


THE BRICKMAN GROUP LTD. LLC
3630 SOLUTIONS CENTER
CHICAGO, IL 60677-3006


THE CLASSIC DEZERT COMPANY
P.O. 179
MOUNT HOLLY, NJ 08060-5412


THE SHERWIN WILLIAMS COMPANY
1460 PROSPECT STREET
TRENTON, NJ 08638-4894


TRAVELCLICK
300 N. MARTINGALE
SUITE 650
SCHAUMBURG, IL 60173


TRENTON JOE & SON
4 SCOTCH ROAD
TRENTON, NJ 08628


TRENTON KAPPA FOUNDATION
8 MONARCH DRIVE
BURLINGTON, NJ 08016


TRENTON PARKING AUTH.
WALTER DREW SMITH
16 HANOVER STREET
TRENTON, NJ 08608-1308

TRENTON PARKING AUTH.
110-116 N. WARREN STREET
TRENTON, NJ 08608-1308


TRENTON WATER WORKS
P.O. BOX 1790
NEWARK, NJ 07101


TYCO INTEGREATED SECURITY LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967


UNITE HERE LOCAL 54
1801 ATLANTIC AVENUE
SUITE 201
ATLANTIC CITY, NJ 08401


UNITED STATES ATTORNEY
PETER RODINO FEDERAL BLDG
970 BROAD STREET, STE 700
NEWARK, NJ 07102


US FOODS
P.O. BOX 820050
PHILADELPHIA, PA 19182-0050


USA TODAY
P.O. BOX 677446
DALLAS, TX 75267-7446


VANTAGE POINT SOLUTIONS GROUP
ATTN ACCOUNTS RECEIVABLE
700 MAIN ST., STE 100
SALISBURY, MD 21804


VEOLIA ENERGY TRENTON, LP
P.O. BOX 29196
NEW YORK, NY 10087-9196


VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833

VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408


W.B. MASON CO., INC.
P.O. BOX 981101
BOSTON, MA 02298-1101


WASTE MANAGEMENT OF NJ
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648


WASTE MANAGEMENT OF NJ INC.
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648


WELLS FARGO BANK, N.A.
MARY DELLATORE, ASST V.P.
123 S. BROAD ST., STE 1500
PHILADELPHIA, PA 19109


WILLIE LEWIS
130 WEST INGHAM AVE.
TRENTON, NJ 08618


WINDOSR-KARCHER NORTH AMERICA
DEPT. CH 19244
PALATINE, IL 60055-9244


WINDSTREAM COMMUNICATIONS INC.
P.O. BOX 843006
KANSAS CITY, MO 64184-3006


WONG FLEMING
GREGORY JOHNSON, ESQ.
821 ALEXANDER RD., STE 200
PRINCETON, NJ 08540


WONG FLEMING
DAN FLEMING, ESQ.
821 ALEXANDER RD, STE 200
PRINCETON, NJ 08540

```
WST SPORTS
359 HALL ROAD
CROWNSVILLE, MD 21032
```

# United States Bankruptcy Court
### District of New Jersey

In re    Lafayette Yard Community Development Corporation

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Lafayette Yard Community Development Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒None [*Check if applicable*]

September 19, 2013
Date

/s/ Gregory G. Johnson
Gregory G. Johnson
Signature of Attorney or Litigant
Counsel for   Lafayette Yard Community Development Corporation
Wong Fleming
821 Alexander Road, Suite 200
Princeton, NJ 08540
(609) 951-9520 Fax:(609) 951-0270

## BOARD RESOLUTION

**Whereas, the Board of Trustees of the Lafayette Yard Community Development Corporation (LYCDC) was established in 1999 as a private foundation under the IRS Code section 501c3 to assist the City of Trenton and the State of New Jersey in redevelopment plans including the construction of a hotel and the management of the operations of the Lafayette Yard Hotel and Conference Center (formerly the Trenton Marriott Hotel);**

**Whereas, the current Board of Trustees have worked tirelessly to transition the hotel from Waterford Hotel Group, Inc. under the Marriott flag brand to a new management company, Marshall Hotels and Resorts, Inc. Although the transition occurred on June 15, 213, the Board has serious concerns about the significant debt obligations in maintaining the hotel including an estimated $880,000 operating deficit and other additional obligations that it simply cannot pay. Further, the hotel does not have a brand causing a revenue shortfall that may lead to closure of the hotel unless action is taken soon. In July, the Board requested funding from the City of Trenton and state but no financial assistance has been given; Therefore,**

**BE IT RESOLVED, that the Board of Trustees hereby authorizes its legal counsel, Wong Fleming, PC, or another law firm, to file Chapter 11 for the purpose of selling the hotel to a suitable buyer as part of a court supervised sale process. The Board anticipates that it will remain open for business during the pendency of the bankruptcy process until the sale process is completed and new ownership takes over.**

Date: August 29, 2013

Motion by Richard Sims, seconded by John Hatch.

Yeas 6 and Nays 0

Approved by: Gregory Johnson, Board Attorney
Aug. 29, 2013