**Lafayette Yard Hotel and Conference Center**
**13-Week Cash Flow**
**Forecasted Results**

| Week Number | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 9/22/13 | 9/29/13 | 10/6/13 | 10/13/13 | 10/20/13 | 10/27/13 | 11/3/13 | 11/10/13 | 11/17/13 | 11/24/13 | 12/1/13 | 12/8/13 | 12/15/13 | 12/22/13 | Total |
| **Cash Receipts** (Sales, AR Collections, Sales and Occupancy Tax Collections) | | $ 45 | $ 35 | $ 65 | $ 42 | $ 49 | $ 36 | $ 36 | $ 42 | $ 40 | $ 33 | $ 35 | $ 33 | $ 34 | $ 527 |
| **Operating Disbursements:** | | | | | | | | | | | | | | | |
| Payroll & Related | | 40 | 37 | 49 | 43 | 38 | 37 | 37 | 43 | 37 | 38 | 37 | 42 | 37 | 516 |
| Utility Costs | | - | - | 85 | 15 | - | - | 85 | - | - | - | 85 | - | - | 272 |
| Management Fee | | - | - | - | 13 | - | - | - | - | 13 | - | - | - | 13 | 40 |
| Operating Expenses | | 21 | 21 | 25 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 276 |
| All other expenses | | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 130 |
| **Total Operating Disbursements** | | 71 | 68 | 169 | 102 | 69 | 68 | 154 | 74 | 81 | 69 | 154 | 73 | 81 | 1,233 |
| **Rent, Taxes, and Insurance:** | | | | | | | | | | | | | | | |
| Occupancy/sales taxes | | - | - | - | - | 6 | - | - | - | 23 | - | - | - | 18 | 47 |
| Insurance payments | | - | - | - | - | - | 96 | - | - | - | - | - | - | - | 96 |
| **Total Rent, Taxes, and Insurance** | | - | - | - | - | 6 | 96 | - | - | 23 | - | - | - | 18 | 143 |
| **Capital Expenditures** | | | | | | | | | | | | | | | |
| FF&E Expenditures | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Special Projects/contingency/emergency | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 65 |
| **Total Capital Expenditures** | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 65 |
| **Other Disbursements** | | | | | | | | | | | | | | | |
| Utility deposits | | 95 | - | - | - | - | - | - | - | - | - | - | - | - | 95 |
| Vendor deposits | | 60 | - | - | - | - | - | - | - | - | - | - | - | - | 60 |
| Professional Fees (Less: 20% Holdback) | | - | - | - | 52 | - | - | - | - | 124 | - | - | - | 124 | 300 |
| Trustee Fees | | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Fees and Interest | | 25 | - | - | - | - | - | - | - | - | - | - | - | - | 25 |
| **Total Other Disbursements** | | 180 | 1 | - | 52 | - | - | - | - | 124 | - | - | - | 124 | 480 |
| **Total Disbursements** | | 256 | 74 | 174 | 159 | 80 | 169 | 159 | 79 | 234 | 74 | 159 | 78 | 228 | 1,920 |
| DIP Borrowing (Repayment) | | 200 | - | 500 | - | - | - | 500 | - | - | - | 500 | - | - | 1,700 |
| **Beginning Cash Balance** | | $ 50 | $ 40 | $ 0 | $ 391 | $ 274 | $ 244 | $ 111 | $ 488 | $ 452 | $ 258 | $ 217 | $ 594 | $ 549 | $ 50 |
| Net Cash Flow | | (10) | (39) | 390 | (117) | (30) | (133) | 377 | (36) | (194) | (40) | 377 | (45) | (194) | 307 |
| **Ending Cash Balance** | $ 50 | $ 40 | $ 0 | $ 391 | $ 274 | $ 244 | $ 111 | $ 488 | $ 452 | $ 258 | $ 217 | $ 594 | $ 549 | $ 356 | $ 357 |

DRAFT - SUBJECT TO MATERIAL CHANGE
FOR DISCUSSION PURPOSES ONLY                    CONFIDENTIAL                    1/1