| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SILLS CUMMIS & GROSS P.C.**<br>650 College Road East<br>Princeton, New Jersey 08540<br>Valerie A. Hamilton, Esq.<br>(609) 227-4600<br>(609) 227-4646 Facsimile<br>E-mail: vhamilton@sillscummis.com<br><br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**<br>One Financial Center<br>Boston, Massachusetts 02111<br>William W. Kannel, Esq.<br>Ian A. Hammel, Esq.<br>Ella Shenhav, Esq.<br>(617) 542-6000<br>(617) 542-2241 Facsimile<br>E-mail: wkannel@mintz.com<br>E-mail: ihammel@mintz.com<br>E-mail: eshenhav@mintz.com<br><br>*Counsel for Wells Fargo Bank, National Association, as Indenture Trustee* | |
| In re:<br><br>LAFAYETTE YARD COMMUNITY DEVELOPMENT CORPORATION,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 13-30752-MBK<br><br>Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and Sills Cummis & Gross, P.C. appear herein as counsel to Wells Fargo Bank, National Association, as indenture trustee in the above-referenced case, pursuant to Bankruptcy Rule 9010(b); and request, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and pursuant to

11 U.S.C. §§ 102(1) and 342, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the attorneys listed below:

> William W. Kannel, Esq.
> Ian A. Hammel, Esq.
> Ella Shenhav, Esq.
> MINTZ, LEVIN, COHN, FERRIS,
>   GLOVSKY AND POPEO, P.C.
> One Financial Center
> Boston, Massachusetts  02111
> Tel:  617-542-6000
> Fax:  617-542-2241
> E-mail: wkannel@mintz.com
> E-mail: ihammel@mintz.com
> E-mail: eshenhav@mintz.com
>
> and
>
> Valerie A. Hamilton, Esq.
> SILLS CUMMIS & GROSS, P.C.
> 650 College Road East
> Princeton, New Jersey 08540
> Tel: 609-227-4600
> Fax: 609-227-4646
> E-mail: vhamilton@sillscummis.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court;

(ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: September 24, 2013

Respectfully submitted,

/s/ Valerie A. Hamilton_____
Valerie Hamilton, Esq.
SILLS CUMMIS AND GROSS, P.C.
650 College Road East
Princeton, New Jersey 08540
Tel: 609-227-4600
Fax: 609-227-4646
E-mail: vhamilton@sillscummis.com

-and-

William W. Kannel, Esq.
Ian A. Hammel, Esq.
Ella Shenhav, Esq.
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: 617-542-6000
Fax: 617-542-2241
E-mail: wkannel@mintz.com
E-mail: ihammel@mintz.com
E-mail: eshenhav@mintz.com