# EXHIBIT D

# Statement

Parking Authority of the City of Trenton
110-116 N Warren Street
Trenton, NJ 08608-1308

| Date |
|---|
| 10/2/2013 |

To:
Lafayette Yard Marriott
Conference Hotel
1 West Lafayette Street
Trenton, NJ 08608

| Amount Due | Amount Enc. |
|---|---|
| $109,773.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2009 | Balance forward | | 51,922.00 |
| 01/11/2010 | INV #4494. | 8,435.00 | 60,357.00 |
| 02/08/2010 | INV #4802. | 8,057.00 | 68,414.00 |
| 02/08/2010 | INV #4803. | 655.00 | 69,069.00 |
| 02/26/2010 | PMT | -12,980.00 | 56,089.00 |
| 03/12/2010 | INV #5098. | 8,103.00 | 64,192.00 |
| 04/06/2010 | PMT | -12,269.00 | 51,923.00 |
| 04/09/2010 | INV #6019. | 253.00 | 52,176.00 |
| 04/10/2010 | INV #6020. | 5,920.00 | 58,096.00 |
| 05/01/2010 | INV #6236. | 18.00 | 58,114.00 |
| 05/07/2010 | PMT | -13,558.00 | 44,556.00 |
| 05/14/2010 | INV #5685. | 1,323.00 | 45,879.00 |
| 05/14/2010 | INV #5686. | 8,217.00 | 54,096.00 |
| 05/14/2010 | INV #5687. | 8,029.00 | 62,125.00 |
| 06/02/2010 | INV #6254. | 1,697.00 | 63,822.00 |
| 06/09/2010 | PMT | -15,081.00 | 48,741.00 |
| 06/18/2010 | INV #5974. | 11,117.00 | 59,858.00 |
| 06/21/2010 | PMT | -12,642.00 | 47,216.00 |
| 06/30/2010 | PMT | -8,057.00 | 39,159.00 |
| 07/01/2010 | INV #6249. | 1,255.00 | 40,414.00 |
| 07/01/2010 | PMT | -1,255.00 | 39,159.00 |
| 07/06/2010 | PMT | -8,776.00 | 30,383.00 |
| 07/06/2010 | INV #6240. | 17,858.00 | 48,241.00 |
| 07/07/2010 | INV #6242. | 3,091.00 | 51,332.00 |
| 07/20/2010 | INV #6255. | 14,272.00 | 65,604.00 |
| 07/22/2010 | PMT | -3,020.00 | 62,584.00 |
| 08/02/2010 | PMT | -8,217.00 | 54,367.00 |
| 08/04/2010 | PMT | -8,029.00 | 46,338.00 |
| 09/02/2010 | INV #7182. | 225.00 | 46,563.00 |
| 09/10/2010 | INV #6808. | 9,901.00 | 56,464.00 |
| 09/10/2010 | INV #6809. | 911.00 | 57,375.00 |
| 10/05/2010 | INV #7175. | 1,102.00 | 58,477.00 |
| 10/06/2010 | INV #7183. | 9,182.00 | 67,659.00 |
| 10/19/2010 | PMT | -32,066.00 | 35,593.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 9,913.00 | 9,913.00 | 0.00 | 21,769.00 | 68,178.50 | $109,773.50 |

Parking Authority of the City of Trenton
110-116 N Warren Street
Trenton, NJ 08608-1308

# Statement

| Date |
|---|
| 10/2/2013 |

To:
Lafayette Yard Marriott
Conference Hotel
1 West Lafayette Street
Trenton, NJ 08608

| | Amount Due | Amount Enc. |
|---|---|---|
| | $109,773.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/04/2010 | INV #7209. | 8,867.00 | 44,460.00 |
| 11/05/2010 | INV #7565. | 2,329.00 | 46,789.00 |
| 11/09/2010 | PMT | -15,408.00 | 31,381.00 |
| 11/10/2010 | INV #7573. | 9,094.00 | 40,475.00 |
| 12/02/2010 | INV #7983. | 4,429.00 | 44,904.00 |
| 12/03/2010 | PMT | -9,901.00 | 35,003.00 |
| 12/10/2010 | INV #7942. | 8,180.00 | 43,183.00 |
| 12/14/2010 | PMT | -10,284.00 | 32,899.00 |
| 01/01/2011 | INV #9421. | 1,705.00 | 34,604.00 |
| 02/03/2011 | INV #8696. | 970.00 | 35,574.00 |
| 02/10/2011 | INV #8710. | 9,218.00 | 44,792.00 |
| 03/10/2011 | INV #9057. | 9,420.00 | 54,212.00 |
| 03/11/2011 | INV #9058. | 613.00 | 54,825.00 |
| 04/10/2011 | INV #9409. | 12,831.00 | 67,656.00 |
| 04/10/2011 | INV #9410. | 3,780.50 | 71,436.50 |
| 04/13/2011 | PMT | -20,290.00 | 51,146.50 |
| 04/19/2011 | PMT | -14,314.00 | 36,832.50 |
| 05/06/2011 | INV #9775. | 2,139.50 | 38,972.00 |
| 05/09/2011 | INV #9777. | 10,028.00 | 49,000.00 |
| 05/25/2011 | PMT | -10,188.00 | 38,812.00 |
| 06/10/2011 | INV #10141. | 18,022.00 | 56,834.00 |
| 06/13/2011 | INV #10144. | 4,485.00 | 61,319.00 |
| 06/30/2011 | PMT | -10,033.00 | 51,286.00 |
| 07/06/2011 | PMT | -16,611.50 | 34,674.50 |
| 07/06/2011 | INV #10488. | 2,279.50 | 36,954.00 |
| 07/10/2011 | INV #10491. | 26,306.00 | 63,260.00 |
| 07/15/2011 | PMT | -12,167.50 | 51,092.50 |
| 08/05/2011 | PMT | -22,507.00 | 28,585.50 |
| 08/10/2011 | INV #10841. | 17,723.00 | 46,308.50 |
| 08/10/2011 | INV #10842. | 624.00 | 46,932.50 |
| 09/01/2011 | INV #11198. | 1,299.50 | 48,232.00 |
| 09/10/2011 | INV #11197. | 13,903.00 | 62,135.00 |
| 09/14/2011 | PMT | -2,279.50 | 59,855.50 |
| 10/10/2011 | INV #11554. | 12,596.00 | 72,451.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 9,913.00 | 9,913.00 | 0.00 | 21,769.00 | 68,178.50 | $109,773.50 |

# Statement

Parking Authority of the City of Trenton
110-116 N Warren Street
Trenton, NJ 08608-1308

| Date |
|---|
| 10/2/2013 |

**To:**
Lafayette Yard Marriott
Conference Hotel
1 West Lafayette Street
Trenton, NJ 08608

| Amount Due | Amount Enc. |
|---|---|
| $109,773.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/10/2011 | INV #11557. | 14,762.00 | 87,213.50 |
| 11/10/2011 | INV #11911. | 2,045.50 | 89,259.00 |
| 12/10/2011 | INV #12231. | 8,810.00 | 98,069.00 |
| 12/12/2011 | INV #12233. | 1,733.00 | 99,802.00 |
| 01/05/2012 | INV #12555. | 1,142.50 | 100,944.50 |
| 01/10/2012 | INV #12556. | 8,564.00 | 109,508.50 |
| 02/10/2012 | INV #12888. | 8,942.00 | 118,450.50 |
| 03/07/2012 | PMT | -44,029.00 | 74,421.50 |
| 03/10/2012 | INV #13207. | 9,352.00 | 83,773.50 |
| 03/10/2012 | INV #13208. | 1,060.50 | 84,834.00 |
| 03/22/2012 | PMT | -19,605.00 | 65,229.00 |
| 04/01/2012 | INV #14169. | 385.00 | 65,614.00 |
| 04/01/2012 | CREDMEM #14174. | -385.00 | 65,229.00 |
| 04/01/2012 | INV #14225. | 1,084.00 | 66,313.00 |
| 04/01/2012 | INV #14233. | 735.00 | 67,048.00 |
| 04/04/2012 | INV #13540. | 2,305.50 | 69,353.50 |
| 04/10/2012 | INV #13536. | 10,066.00 | 79,419.50 |
| 05/10/2012 | INV #13859. | 10,648.00 | 90,067.50 |
| 06/01/2012 | PMT | -36,168.00 | 53,899.50 |
| 06/06/2012 | INV #14176. | 3,256.00 | 57,155.50 |
| 06/11/2012 | INV #13867. | 18,261.00 | 75,416.50 |
| 06/22/2012 | PMT | -1,084.00 | 74,332.50 |
| 07/02/2012 | INV #14483. | 2,100.50 | 76,433.00 |
| 07/10/2012 | INV #14488. | 23,721.54 | 100,154.54 |
| 08/03/2012 | PMT | -10,767.00 | 89,387.54 |
| 08/07/2012 | INV #14789. | 21,049.00 | 110,436.54 |
| 08/08/2012 | PMT | -8,942.00 | 101,494.54 |
| 08/10/2012 | INV #14792. | 980.50 | 102,475.04 |
| 08/24/2012 | PMT | -12,392.50 | 90,082.54 |
| 09/04/2012 | INV #15099. | 1,033.00 | 91,115.54 |
| 09/12/2012 | INV #15111. | 20,319.00 | 111,434.54 |
| 10/04/2012 | INV #15420. | 12,752.00 | 124,186.54 |
| 10/04/2012 | INV #15421. | 2,677.00 | 126,863.54 |
| 11/14/2012 | INV #15513. | 13,782.00 | 140,645.54 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 9,913.00 | 9,913.00 | 0.00 | 21,769.00 | 68,178.50 | $109,773.50 |

# Statement

Parking Authority of the City of Trenton
110-116 N Warren Street
Trenton, NJ 08608-1308

| Date |
|---|
| 10/2/2013 |

To:
Lafayette Yard Marriott
Conference Hotel
1 West Lafayette Street
Trenton, NJ 08608

| Amount Due | Amount Enc. |
|---|---|
| $109,773.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/14/2012 | INV #15737. | 1,878.50 | 142,524.04 |
| 12/07/2012 | INV #16046. | 4,215.50 | 146,739.54 |
| 12/08/2012 | PMT | -42,231.00 | 104,508.54 |
| 01/10/2013 | INV #16153. | 9,913.00 | 114,421.54 |
| 01/18/2013 | INV #16380. | 778.00 | 115,199.54 |
| 02/06/2013 | INV #16474. | 10,281.00 | 125,480.54 |
| 02/11/2013 | INV #16702. | 639.50 | 126,120.04 |
| 03/01/2013 | INV #16794. | 9,913.00 | 136,033.04 |
| 03/06/2013 | INV #17016. | 23,988.00 | 160,021.04 |
| 03/12/2013 | INV #17018. | 13,187.00 | 173,208.04 |
| 03/26/2013 | PMT | -116,574.54 | 56,633.50 |
| 04/01/2013 | INV #17324. | 1,017.00 | 57,650.50 |
| 04/02/2013 | PMT | -639.50 | 57,011.00 |
| 04/09/2013 | PMT | -23,988.00 | 33,023.00 |
| 04/15/2013 | INV #17348. | 9,613.00 | 42,636.00 |
| 05/02/2013 | INV #17664. | 9,533.00 | 52,169.00 |
| 05/08/2013 | INV #17673. | 2,109.00 | 54,278.00 |
| 06/10/2013 | INV #17985. | 21,769.00 | 76,047.00 |
| 06/10/2013 | INV #17986. | 2,486.00 | 78,533.00 |
| 07/01/2013 | INV #18279. | 11,414.50 | 89,947.50 |
| 09/01/2013 | INV #18683. | 9,913.00 | 99,860.50 |
| 10/01/2013 | INV #19007. | 9,913.00 | 109,773.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 9,913.00 | 9,913.00 | 0.00 | 21,769.00 | 68,178.50 | $109,773.50 |

# Statement

Parking Authority of the City of Trenton
110-116 N Warren Street
Trenton, NJ 08608-1308

| Date |
|---|
| 10/2/2013 |

| To: |
|---|
| Marshall Hotels<br>1 West Lafayette St.<br>Trenton, NJ 08608<br>Att: Ben Zabala, GM |

| Amount Due | Amount Enc. |
|---|---|
| $25,736.50 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/31/2013 | Balance forward | | 0.00 |
| 07/29/2013 | INV #18349. | 4,877.50 | 4,877.50 |
| 08/08/2013 | INV #18596. | 10,289.00 | 15,166.50 |
| 08/08/2013 | INV #18597. | 337.00 | 15,503.50 |
| 09/09/2013 | INV #18865. | 9,297.00 | 24,800.50 |
| 09/11/2013 | INV #18866. | 936.00 | 25,736.50 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 10,233.00 | 10,626.00 | 4,877.50 | 0.00 | $25,736.50 |