# DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP

ERICA FEYNMAN AISNER
THOMAS R. BEIRNE
ANN FARRISSEY CARLSON°
JULIE CVEK CURLEY
ALFRED B. DELBELLO
ALFRED E. DONNELLAN†
JANET J. GIRIS▼
FRANK J. HAUPEL
ROBERT HERMANN
DAWN KIRBY°
JONATHAN S. PASTERNAK
PATRICK M. REILLY
STEVEN R. SCHOENFELD†
ELIOT M. SCHUMAN
BRADLEY D. WANK∗
MARK P. WEINGARTEN°
LEE S. WIEDERKEHR
PETER J. WISE, AICP †

JACOB E. AMIR
NELIDA LARA
ERIC J. MANDELL
SUSAN CURRIE MOREHOUSE
MICHAEL J. SCHWARZ°
HEIDI WINSLOW

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

ANDREW J. BALINT
RICHARD BEMPORAD
GERALD K. GEIST
BRANDON R. SALL★

DAVID R. SELZNICK & CO., LLP

COUNSEL

°MEMBER OF NY & CT BARS
†MEMBER OF NY & NJ BARS
∗MEMBER OF NY & DC BARS
▼MEMBER OF NY, NJ & MA BARS
★MEMBER OF NY, NJ, CT & FL BARS

March 27, 2014

Lafayette Yard Community Development Corp. – WORKOUT
Attn: Joyce Kersey
123 Cornwall Avenue
Trenton, New Jersey 08618

## INVOICE

| Date | Task | Initials | Narrative | Unit | Amount |
|---|---|---|---|---|---|
| 8/30/2013 | 4 | JSP1 | Review correspondence with Trustees; telephone conference with G. Johnson, research on internet, Secretary of State regarding Chapter 11 filing (8/29/2013). | 2.90 | 1,595.00 |
| 8/30/2013 | 4 | RLR | Telephone conference with G. Johnson. | 0.20 | 110.00 |
| 8/30/2013 | 4 | RLR | Telephone conference with G. Johnson. | 0.20 | 110.00 |
| 9/3/2013 | 1 | JC | Telephone conference with R. Rattet and J. Alter (Waterford) regarding return of escrow deposit. | 0.20 | 55.00 |
| 9/3/2013 | 4 | JC | Conference with R. Rattet regarding Chapter 11 outline memorandum. | 0.20 | 55.00 |
| 9/3/2013 | 9 | JC | Telephone conference with R. Rattet and L. Linksman regarding DIP financing terms. | 0.30 | 82.50 |
| 9/3/2013 | 7 | JC | Telephone conference with G. Johnson and R. Rattet regarding reduction of legal fees. | 0.30 | 82.50 |
| 9/3/2013 | 4 | JC | Conference call with G. Johnson regarding filing Chapter 11 and related issues. | 0.50 | 137.50 |
| 9/3/2013 | 4 | JC | Conference with R. Rattet and J. Pasternak regarding sale issues and DIP financing. | 0.50 | 137.50 |
| 9/3/2013 | 1 | JC | Conference call with R. Rattet, G. Johnson, J. Alter and F. Appicelli regarding return of Waterford escrow deposit. | 0.60 | 165.00 |
| 9/3/2013 | 4 | JC | Draft memorandum regarding chapter 11 filing and outline. | 1.00 | 275.00 |

Pre-Petition Workout Invoice
70153650-001

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 2

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/3/2013 | 4 | JSP1 | Prepare Voluntary Petition. | 0.80 | 440.00 |
| 9/3/2013 | 4 | JSP1 | Commence preparation, research regarding 1007 Declaration. | 2.40 | 1,320.00 |
| 9/3/2013 | 4 | JSP1 | Assemble First Day Motion forms, etc. | 2.80 | 1,540.00 |
| 9/3/2013 | 2 | RLR | Telephone conference with P. Vinch regarding status of offer (0.1) and e-mail G. Johnson regarding: same (0.1) | 0.20 | 110.00 |
| 9/3/2013 | 1 | RLR | Telephone conference with J. Alter regarding schedule conference call regarding Waterford. | 0.20 | 110.00 |
| 9/3/2013 | 4 | RLR | Conference with JCC regarding prepare for memorandum of meeting before filing. | 0.20 | 110.00 |
| 9/3/2013 | 7 | RLR | Telephone conference with G. Johnson regarding current status of bills and reduced fees. | 0.30 | 165.00 |
| 9/3/2013 | 4 | RLR | Review and revise draft of proposal for Board. | 0.30 | 165.00 |
| 9/3/2013 | 9 | RLR | Telephone conference with with L. Linksman and JCC regarding DIP financing | 0.30 | 165.00 |
| 9/3/2013 | 2 | RLR | Conference with JSP and JCC regarding DIP financing and complete sale | 0.50 | 275.00 |
| 9/3/2013 | 1 | RLR | Telephone conference with G. Johnson, J. Alter and F. Appicelli regarding Waterford and release of funds. | 0.60 | 330.00 |
| 9/4/2013 | 4 | JC | Conference with RLR regarding Chapter 11 memo and filing | 0.10 | 27.50 |
| 9/4/2013 | 4 | JC | Revise Chapter 11 outline as per conference with R. Rattet. | 0.40 | 110.00 |
| 9/4/2013 | 4 | JC | Telephone conference with with RLR and I. Hammel regarding WF/Board Trustee issues and filing | 0.40 | 110.00 |
| 9/4/2013 | 16 | JC | Telephone conference with R. Rattet, G. Johnson, I. Hammel and B. Kanner (WF) regarding cash collateral and 1st day motions. | 0.60 | 165.00 |
| 9/4/2013 | 4 | RLR | Review memorandum to Board (0.1) and conference with JC regarding filing (0.1). | 0.20 | 110.00 |
| 9/4/2013 | 4 | RLR | Telephone conference with I. Hammel and J. Cvek regarding preparation for filing and Wells Fargo issues. | 0.40 | 220.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 3

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/5/2013 | 4 | JC | Revise retainer agreement to reduce rates and e-mail to G. Johnson. | 0.20 | 55.00 |
| 9/5/2013 | 4 | RLR | Review e-mails and telephone conference with G. Johnson | 0.60 | 330.00 |
| 9/6/2013 | 4 | RLR | Telephone conference with G. Johnson regarding scheduling conference call. | 0.20 | 110.00 |
| 9/6/2013 | 9 | RLR | Telephone conference with L. Linksman regarding DIP financing offer | 0.20 | 110.00 |
| 9/6/2013 | 9 | RLR | Telephone conference with L. Linksman regarding Debtor-in-Possession financing. | 0.20 | 110.00 |
| 9/6/2013 | 9 | RLR | Telephone conference with G. Johnson and J. Pasternak regarding DIP financing | 0.20 | 110.00 |
| 9/6/2013 | 2 | RLR | Telephone conference with JSP, G. Johnson and P. Vinch regarding status of offer on hotel | 0.30 | 165.00 |
| 9/9/2013 | 4 | RLR | Conference with Board and G. Johnson regarding all matters (0.8), including 1/2 travel time (1.0). | 1.80 | 990.00 |
| 9/10/2013 | 4 | RLR | Telephone conference with G. Johnson regarding share of duties. | 0.10 | 55.00 |
| 9/10/2013 | 9 | RLR | Various e-mails regarding term sheet for financing | 0.10 | 55.00 |
| 9/11/2013 | 4 | DK1 | Meeting with R Rattet regarding status of matter (.2), telephone conference with R Rattet and client (.3). | 0.50 | 237.50 |
| 9/11/2013 | 4 | DK1 | Telephone conference with R Rattet and G Johnson and J Kersey regarding status (.3); meeting R Rattet regarding items requiring drafting and preparation of first day motions (1.0); meeting with R Rattet and JSP regarding potential DIP lending (.5); telephone conference with R Rattet and G. Johnson regarding bond documents (.2); review bond documents (.7); conference J Cvek regarding work assignments (.4). | 3.10 | 1,472.50 |
| 9/11/2013 | 4 | JC | E-mail DK regarding UCC and title search for hotel | 0.10 | 27.50 |
| 9/11/2013 | 1 | JC | Telephone conference with with RLR regarding Waterford release of monies | 0.20 | 55.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 4

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/11/2013 | 4 | RLR | Telephone conference with G. Johnson regarding P. Vinch and offers and DIP financing | 0.10 | 55.00 |
| 9/11/2013 | 1 | RLR | Telephone conference with F. Appicelli regarding settlement of Waterford claims | 0.10 | 55.00 |
| 9/11/2013 | 1 | RLR | Telephone conference with F. Appicelli and G Johnson regarding Waterford. | 0.10 | 55.00 |
| 9/11/2013 | 1 | RLR | Telephone conference with G. Johnson, D. Kirby and J. Cvek regarding status of Waterford release of monies | 0.20 | 110.00 |
| 9/11/2013 | 1 | RLR | Telephone conference with G. Johnson, DK and JC regarding Waterford and United States Trustee. | 0.20 | 110.00 |
| 9/11/2013 | 9 | RLR | Telephone conference with A. Tantleff regarding various DIP lenders and budget | 0.20 | 110.00 |
| 9/11/2013 | 16 | RLR | Telephone conference with I. Hammel (0.1); revise Cash Collateral Order (0.1). | 0.20 | 110.00 |
| 9/11/2013 | 4 | RLR | Telephone conference with J. Kersey and G. Johnson regarding status of sale and second conference call. | 0.30 | 165.00 |
| 9/11/2013 | 16 | RLR | Telephone conference with I. Hammel and B. Kannel regarding cash collateral | 0.30 | 165.00 |
| 9/11/2013 | 1 | RLR | Review proposed settlement agreement with Waterford | 0.30 | 165.00 |
| 9/11/2013 | 16 | RLR | Revise Cash Collateral Stipulation, 1st draft. | 0.30 | 165.00 |
| 9/11/2013 | 2 | RLR | Telephone conference with G. Johnson and client regarding status of Vinch proposal. | 1.00 | 550.00 |
| 9/11/2013 | 9 | RLR | Telephone conference with J. Svirsky and DK regarding Debtor-in-Possession loan. | 1.00 | 550.00 |
| 9/12/2013 | 7 | DK1 | Prepare Attorney Retention Application. | 1.50 | 712.50 |
| 9/12/2013 | 2 | JBG | Conference with RLR regarding parameters for purchaser | 0.30 | 135.00 |
| 9/12/2013 | 2 | JBG | E-mails with broker for potential purchaser concerning transaction | 0.60 | 270.00 |
| 9/12/2013 | 4 | JC | E-mail G. Johnson regarding creditor addresses | 0.10 | 27.50 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 5

| Date | | Initials | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/12/2013 | 4 | JC | E-mail G. Johnson regarding draft of J.Kersey Affidavit for background, corporate structure and events leading to filing | 0.20 | 55.00 |
| 9/12/2013 | 3 | JC | Draft Notice of Motion for Bank account and business forms maintenance motion | 0.20 | 55.00 |
| 9/12/2013 | 9 | JC | Conference call with RLR, G. Johnson, A. Tantleff & I Hammel regarding terms of Vinch lending | 0.40 | 110.00 |
| 9/12/2013 | 6 | JC | Draft Notice of Motion to Pay Employee Wages | 0.50 | 137.50 |
| 9/12/2013 | 14 | JC | Draft Motion extending time to file schedules | 0.50 | 137.50 |
| 9/12/2013 | 4 | JC | Conference with DK regarding caption (0.2); Draft case caption (0.4) | 0.70 | 192.50 |
| 9/12/2013 | 4 | JC | Begin drafting Affidavit of Joyce Kersey in support of Chapter 11 filing and first day motions | 1.00 | 275.00 |
| 9/12/2013 | 3 | JC | Draft Motion for authorization to continue use of existing bank accounts and business forms (1.2) Draft Notice of Motion (0.3) Draft proposed Order (0.4) Draft Declaration of J. Kersey in support (0.3) | 2.20 | 605.00 |
| 9/12/2013 | 2 | JSP1 | Draft sale contract template. | 1.40 | 770.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with L. Linksman regarding Debtor-in-Possession financing. | 0.10 | 55.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with J. Svirsky regarding Debtor-in-Possession financing. | 0.10 | 55.00 |
| 9/12/2013 | 1 | RLR | Telephone conference with F. Appicelli regarding settlement with Waterford and settlement release. | 0.10 | 55.00 |
| 9/12/2013 | 1 | RLR | Review agreement with Waterford. | 0.10 | 55.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with M. Hausman regarding Debtor-in-Possession financing | 0.10 | 55.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with L. Linksman regarding status of Debtor-in-Possession financing. | 0.10 | 55.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with L. Linksman regarding Term Sheet and Debtor-in-Possession financing and buyer. | 0.20 | 110.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 6

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/12/2013 | 7 | RLR | Review Engagement Letter for FTI. | 0.20 | 110.00 |
| 9/12/2013 | 7 | RLR | Telephone conference with G. Johnson and DK regarding retention of FTI. | 0.20 | 110.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with P. Vinch regarding Debtor-in-Possession financing. | 0.30 | 165.00 |
| 9/12/2013 | 9 | RLR | Conference call with G. Johnson, Hammel and Tantleff regarding terms of Debtor-in-Possession financing | 0.30 | 165.00 |
| 9/12/2013 | 7 | RLR | Telephone conference with A. Tantleff and DK regarding retention of FTI. | 0.30 | 165.00 |
| 9/12/2013 | 16 | RLR | Telephone conference with A. Isenberg regarding NJEDA update on filing and cash collateral | 0.30 | 165.00 |
| 9/12/2013 | 9 | RLR | Telephone conference with I. Hammel, A. Tantleff, G. Johnson, B. Rice, D. Kirby and J. Cvek regarding budget, Debtor-in-Possession financing and filing. | 0.40 | 220.00 |
| 9/13/2013 | 4 | DK1 | Conference call with FTI, R Rattet, J Cvek and US Trustee regarding status of case, DIP lenders, documents. | 0.40 | 190.00 |
| 9/13/2013 | 4 | DK1 | Review and revise forms for monthly billing, bar date, order scheduling first day hearings. | 0.50 | 237.50 |
| 9/13/2013 | 4 | DK1 | Research parking garage termination notice, parking garage lease and write e-mail with legal analysis of status of termination. | 1.00 | 475.00 |
| 9/13/2013 | 9 | DK1 | Meeting with FTI and R Rattet regarding DIP lenders. | 1.00 | 475.00 |
| 9/13/2013 | 25 | DK1 | Draft utilities motion, order, chart of utility payments, description for Kersey affidavit. | 3.00 | 1,425.00 |
| 9/13/2013 | 7 | DK1 | Draft DDWWW Retention Application. | 3.00 | 1,425.00 |
| 9/13/2013 | 2 | JBG | Meeting with RLR, Dov Hymnan regarding possible asset sale | 0.80 | 360.00 |
| 9/13/2013 | 17 | JBG | Review e-mails concerning parking garage, review Heath Global and St. Casimir decisions, make recommendations regarding same | 1.10 | 495.00 |
| 9/13/2013 | 3 | JC | Revise bank account maintenance motion with corrected caption. | 0.30 | 82.50 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 7

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/13/2013 | 14 | JC | Revise Motion extending time to file schedules. | 0.30 | 82.50 |
| 9/13/2013 | 7 | JC | Conference call with RLR, B.Rice, A.Tantleff & M.Hausman (UST) regarding retention issues. | 0.40 | 110.00 |
| 9/13/2013 | 4 | JC | Finalize first draft of Kersey 1007 Affidavit. | 1.00 | 275.00 |
| 9/13/2013 | 16 | JC | Begin drafting Cash Collateral motion. | 1.00 | 275.00 |
| 9/13/2013 | 9 | RLR | Telephone conference with B. Rice, A. Tartleff, I. Hammel, G. Johnson, J. Kersey and A. Isenberg regarding DIP proposals. | 0.10 | 55.00 |
| 9/13/2013 | 9 | RLR | Review bridge loan proposal. | 0.20 | 110.00 |
| 9/13/2013 | 9 | RLR | Telephone conference with L. Linksman regarding DIP. | 0.20 | 110.00 |
| 9/13/2013 | 9 | RLR | Telephone conference with J. Svirsky and A. Tantleff regarding vetting of DIP lenders. | 0.30 | 165.00 |
| 9/13/2013 | 4 | RLR | Conference with M. Hausman regarding final filing | 0.50 | 275.00 |
| 9/13/2013 | 4 | RLR | Telephone conference with M. Hausman, A. Tantleff, JCC and D. Kirby regarding the filing process and retention issues. | 0.60 | 330.00 |
| 9/13/2013 | 4 | RLR | Telephone conference with J. Kersey regarding status of all matters. | 0.80 | 440.00 |
| 9/13/2013 | 9 | RLR | Conference with A.Tantleff and B. Rice regarding budget and DIP proposals. | 1.00 | 550.00 |
| 9/14/2013 | 4 | JC | E-mail J. Pasternak regarding first day motions for review. | 0.30 | 82.50 |
| 9/14/2013 | 16 | JC | Review & Revise Cash Collateral interim order. | 0.50 | 137.50 |
| 9/14/2013 | 7 | JC | Draft Pro Hac Vice Application for RLR & JC and draft proposed order. | 0.70 | 192.50 |
| 9/14/2013 | 4 | JC | Draft Application for hearing on First Day Motions; and draft proposed Order. | 0.70 | 192.50 |
| 9/14/2013 | 16 | JC | Finalize Cash Collateral Motion and Notice of Motion. | 1.30 | 357.50 |
| 9/15/2013 | 16 | JC | E-mail with Kannel & I. Hammel regarding draft Cash Collateral motion and revised order. | 0.20 | 55.00 |
| 9/15/2013 | 7 | JC | Revise Pro Hac Vise Application with J. Pasternak comments and markup. | 0.30 | 82.50 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 8

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/15/2013 | 4 | JC | Revise Application for hearing on 1st day motions with J. Pasternak comments and markup. | 0.30 | 82.50 |
| 9/15/2013 | 14 | JC | Revise Motion extending time to file schedules as per J. Pasternak comments and markup. | 0.30 | 82.50 |
| 9/15/2013 | 4 | JC | E-mail M.Hausman regarding draft first day motions. | 0.30 | 82.50 |
| 9/15/2013 | 4 | JC | Revise 1007 Affidavit with J. Pasternak comments and markup. | 0.50 | 137.50 |
| 9/15/2013 | 3 | JC | Revise Bank Account Maintenance motion with J. Pasternak comments and markup. | 0.50 | 137.50 |
| 9/15/2013 | 16 | JC | Revise Cash Collateral order and motion with J. Pasternak comments and markup. | 0.70 | 192.50 |
| 9/15/2013 | 3 | JSP1 | Revise bank account maintenance Motion. | 0.40 | 220.00 |
| 9/15/2013 | 4 | JSP1 | Review and revise First Day Motions, Proposed Order. | 0.40 | 220.00 |
| 9/15/2013 | 4 | JSP1 | Revise Chapter 11 Petition. | 0.50 | 275.00 |
| 9/15/2013 | 4 | JSP1 | Revise Kersey Affidavit in Support of First Day Motions. | 1.20 | 660.00 |
| 9/15/2013 | 16 | JSP1 | Review and revise Cash Collateral Motion, Interim Order. | 1.80 | 990.00 |
| 9/16/2013 | 9 | DK1 | Telephone conference with R. Rattet, FTI and G Johnson regarding DIP lenders, discussions, term sheets received. | 0.50 | 237.50 |
| 9/16/2013 | 7 | DK1 | Continued draft of motion to retain co-counsel. | 2.50 | 1,187.50 |
| 9/16/2013 | 6 | DK1 | Draft Employee Wage Motion, Order and portion of affidavit. | 3.00 | 1,425.00 |
| 9/16/2013 | 7 | DK1 | Draft motion to retain financial advisor. | 3.00 | 1,425.00 |
| 9/16/2013 | 24 | JBG | Research concerning executory contract vs. 366 issues | 2.10 | 945.00 |
| 9/16/2013 | 24 | JBG | Research regarding 366 issues concerning seller of water, electricity | 2.70 | 1,215.00 |
| 9/16/2013 | 9 | JC | E-mail J. Svirsky regarding draft 1007 Affidavit for review in connection with Debtor-in-possession Financing. | 0.10 | 27.50 |
| 9/16/2013 | 7 | JC | E-mail G.Johnson regarding resolution for retentions. | 0.10 | 27.50 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 9

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/16/2013 | 9 | JC | Telephone conference with RLR and J.Svirsky regarding terms for Debtor-in-possession Financing. | 0.20 | 55.00 |
| 9/16/2013 | 9 | JC | Conference with RLR regarding efforts to obtain Debtor-in-possession Financing. | 0.30 | 82.50 |
| 9/16/2013 | 9 | JC | Conference call with RLR, DK, and A.Tantleff regarding utility issue vs. critical vendor, status of Debtor-in-possession Lending proposals and Appraisal for property. | 0.40 | 110.00 |
| 9/16/2013 | 4 | JC | Revise Voluntary Petition as per J. Pasternak comments and markup. | 0.50 | 137.50 |
| 9/16/2013 | 4 | JC | E-mail M.Hausman regarding first day motions to review. | 0.50 | 137.50 |
| 9/16/2013 | 25 | JC | Revise Utilities Motion and Order (0.4); draft Notice of Motion (0.3) | 0.70 | 192.50 |
| 9/16/2013 | 9 | JC | Draft Debtor-in-possession Financing Motion. | 1.20 | 330.00 |
| 9/16/2013 | 25 | JSP1 | Revise Utilities Motion. | 0.40 | 220.00 |
| 9/16/2013 | 9 | JSP1 | Revise draft for DIP financing motion. | 1.40 | 770.00 |
| 9/16/2013 | 25 | RLR | Read and reply to Veolia e-mail. | 0.10 | 55.00 |
| 9/16/2013 | 9 | RLR | Telephone conference with J. Svirsky regarding status of DIP. | 0.10 | 55.00 |
| 9/16/2013 | 9 | RLR | Telephone conference with L. Linksman regarding DIP. | 0.10 | 55.00 |
| 9/16/2013 | 9 | RLR | Review DIP contact list. | 0.10 | 55.00 |
| 9/16/2013 | 7 | RLR | Telephone conference with J. Kersey regarding selection of FTI as financial advisor | 0.10 | 55.00 |
| 9/16/2013 | 9 | RLR | Telephone conference with J. Svirsky regarding status of DIP financing. | 0.10 | 55.00 |
| 9/16/2013 | 9 | RLR | Conference with J. Cvek regarding DIP meeting. | 0.30 | 165.00 |
| 9/16/2013 | 4 | RLR | Telephone conference with J. Kersey regarding status of all matters. | 0.30 | 165.00 |
| 9/16/2013 | 4 | RLR | Telephone conference with D. Kirby, G. Johnson, A. Tartleff, I. Hammel, et al regarding status of first day orders, appraisal. | 0.30 | 165.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 10

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/16/2013 | 25 | RLR | Conference with D. Kirby, J. Glucksman, J. Cvek, regarding Veolia regarding Sections 366 and 365 utilities. | 0.30 | 165.00 |
| 9/16/2013 | 4 | RLR | Telephone conference with Svirskey and J. Kersey, discussion with bond counsel. | 0.30 | 165.00 |
| 9/16/2013 | 4 | RLR | Telephone conference with Ed McMenamin (Board) regarding local counsel and solicitation process | 0.60 | 330.00 |
| 9/16/2013 | 7 | RLR | Telephone conference with J. Kersey, G. Johnson, I. Hammel, A.Tantleff, J. Kersey, B. Rice and JSP regarding status of DIP, list of terms, bond counsel; use and budget issues. | 0.60 | 330.00 |
| 9/16/2013 | 4 | RLR | Review first day orders, pro hac vice. | 0.80 | 440.00 |
| 9/16/2013 | 25 | RLR | Research utility services regarding 3rd Circuit; conference with JBG. | 1.20 | 660.00 |
| 9/16/2013 | 9 | RLR | Telephone conference with J. Svirsky (2) regarding DIP financing. | 2.00 | 1,100.00 |
| 9/17/2013 | 16 | DK1 | Review/revise Cash Collateral Motion. | 0.50 | 237.50 |
| 9/17/2013 | 7 | DK1 | Draft Financial Advisor Retention Application. | 0.80 | 380.00 |
| 9/17/2013 | 9 | RLR | Telephone conference with A. Tantleff regarding budget. | 0.10 | 55.00 |
| 9/17/2013 | 2 | RLR | Telephone conference with G. Johnson regarding buyer. | 0.10 | 55.00 |
| 9/17/2013 | 9 | RLR | Telephone conference with J. Svirsky regarding terms of DIP financing | 0.10 | 55.00 |
| 9/17/2013 | 9 | RLR | Telephone conference with M. Hausman regarding status of filing, DIP, budget matters. | 0.10 | 55.00 |
| 9/17/2013 | 25 | RLR | Telephone conference with D. Barney regarding adequate protection, utility/Veolia contract and 'critical vendor' issue. | 0.20 | 110.00 |
| 9/17/2013 | 4 | RLR | Telephone conference with L. Bier regarding parking authority. | 0.20 | 110.00 |
| 9/17/2013 | 4 | RLR | Telephone conference with A. Tantleff and D. Kirby regarding status of DIP and broker Sheldon Good. | 0.30 | 165.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 11

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/17/2013 | 4 | RLR | Telephone conference with A. Tantleff and B. Rice regarding cash flow, DIP, and budget. | 0.40 | 220.00 |
| 9/17/2013 | 4 | RLR | Telephone conference with J. Kersey, G. Johnson, I. Hammel, A. Isenberg, A. Tantleff, B. Rice, D. Kirby, J. Pasternak regarding status of case and filing | 0.60 | 330.00 |
| 9/17/2013 | 4 | RLR | Telephone conference with I. Hammel, G. Johnson, D. Kirby, J. Curley and B. Kennel regarding FF&E account. | 0.60 | 330.00 |
| 9/18/2013 | 7 | DK1 | Telephone conference with A Tantliff of FTI regarding board voting of financial advisors, DIP chart and 13-day budget. | 0.20 | 95.00 |
| 9/18/2013 | 7 | DK1 | Telephone conference with J. Schwarten regarding request for engagement letter for financial advisor. | 0.20 | 95.00 |
| 9/18/2013 | 9 | DK1 | Meeting with M Willner of WRDC regarding DIP lending terms proposed. | 0.80 | 380.00 |
| 9/18/2013 | 4 | DK1 | 1/4 travel time to/from Trenton | 2.00 | 950.00 |
| 9/18/2013 | 5 | DK1 | Meeting with Ed McManimon, Esq. regarding bond payment issues. | 2.50 | 1,187.50 |
| 9/18/2013 | 3 | DK1 | Attend Board Meeting LYCDC. | 3.00 | 1,425.00 |
| 9/18/2013 | 4 | JC | E-mail G. Johnson regarding FTC engagement letter for Board meeting. | 0.10 | 27.50 |
| 9/18/2013 | 4 | JC | Telephone conference with R. Rattet, D. Kirby and A. Tantleff regarding FTI retention, DIP lending and case status. | 0.20 | 55.00 |
| 9/18/2013 | 4 | JC | E-mail G. Johnson Voluntary Petition and 1007 Affidavit for J. Kersey signature at Board meeting. | 0.20 | 55.00 |
| 9/18/2013 | 4 | JC | Telephone conference with G. Johnson regarding Board meeting and J. Kersey regarding signatures for filing. | 0.30 | 82.50 |
| 9/18/2013 | 4 | JC | Revise and finalize voluntary petition and twenty (20) largest creditors. | 0.30 | 82.50 |
| 9/18/2013 | 3 | JC | Telephone conference with G. Johnson regarding payment for sales and occupancy tax (0.2), e-mail A. Tantleff regarding same (0.1). | 0.30 | 82.50 |
| 9/18/2013 | 4 | JC | Revise First Day Motions to correct caption. | 0.40 | 110.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 12

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/18/2013 | 16 | JC | Conference call with I. Hammel and J. Pasternak regarding cash collateral. | 0.40 | 110.00 |
| 9/18/2013 | 4 | JC | Conference with R. Rattet and D. Kirby regarding meetings with City of Trenton, documents for signing and case status. | 0.50 | 137.50 |
| 9/18/2013 | 4 | JC | Review I. Hammel comments to 1007 Affidavit (0.3), revise 1007 Affidavit with I. Hammel comments (0.5). | 0.80 | 220.00 |
| 9/18/2013 | 7 | JC | Conference call with A. Tantleff, B. Rice, W. Appell, R. Rattet, D. Kirby, G. Johnson and Board regarding FT I retention. | 1.00 | 275.00 |
| 9/18/2013 | 2 | JSP1 | Telephone conference with potential purchaser. | 0.20 | 110.00 |
| 9/18/2013 | 16 | JSP1 | Telephone conference with counsel for Bond holders regarding cash collateral Order. | 0.20 | 110.00 |
| 9/18/2013 | 4 | RLR | Telephone conference with G. Johnson regarding process to bond, DIP. | 0.20 | 110.00 |
| 9/18/2013 | 4 | RLR | Telephone conference with A. Tantleff regarding DIP, sale. | 0.20 | 110.00 |
| 9/18/2013 | 4 | RLR | Various e-mails regarding various first day motions and documents for signing and filing case | 0.20 | 110.00 |
| 9/18/2013 | 4 | RLR | Conference call with J. Cvek and D. Kirby regarding plan for conference with Board, bond and filing issue. | 0.60 | 330.00 |
| 9/18/2013 | 25 | RLR | Conference with D. Kirby regarding Veolia | 0.80 | 440.00 |
| 9/18/2013 | 3 | RLR | 1/2 Travel Time to Trenton for meeting with Board | 2.00 | 1,100.00 |
| 9/18/2013 | 9 | RLR | Conference with McMenamin regarding Board concerning selection of DIP lender | 2.00 | 1,100.00 |
| 9/18/2013 | 4 | RLR | Conference with J. Kersey, members of the Board, and G. Johnson regarding filing. | 3.50 | 1,925.00 |
| 9/19/2013 | 7 | JC | Conference call with R. Rattet, D. Kirby, J. Kersey and G. Johnson regarding terms of FTI retention and rate reduction. | 0.10 | 27.50 |
| 9/19/2013 | 7 | JC | Conference call with R. Rattet, D. Kirby, J. Kersey and A. Tantleff regarding reduced rates for FTI retention. | 0.10 | 27.50 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 13

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/19/2013 | 2 | JC | E-mail G. Johnson regarding NJ law prohibiting lender from having a stake in sale and bankruptcy supremacy. | 0.20 | 55.00 |
| 9/19/2013 | 7 | JC | Telephone conference with J. Kersey regarding receipt and review of FA proposal from J. Schwarten and W. Heinrich. | 0.20 | 55.00 |
| 9/19/2013 | 7 | JC | Conference call with R. Rattet, D. Kirby, G. Johnson and A. Tantleff regarding FTI retention. | 0.20 | 55.00 |
| 9/19/2013 | 4 | JC | Conference with D. Kirby regarding sequence of filing of Chapter 11 documents. | 0.20 | 55.00 |
| 9/19/2013 | 16 | JC | Conference with R. Rattet regarding replacement liens to bond trustee and cash collateral order. | 0.30 | 82.50 |
| 9/19/2013 | 16 | JC | Review M. Hausman comments to cash collateral order and issues (0.2) forward same to I. Hammel (0.1). | 0.30 | 82.50 |
| 9/19/2013 | 3 | JC | Finalize bank account maintenance motion for filing. | 0.30 | 82.50 |
| 9/19/2013 | 14 | JC | Finalize motion extending time to file Schedules. | 0.30 | 82.50 |
| 9/19/2013 | 14 | JC | Finalize OSH application for filing. | 0.30 | 82.50 |
| 9/19/2013 | 4 | JC | Finalize Voluntary Petition and related documents for filing. | 0.40 | 110.00 |
| 9/19/2013 | 9 | JC | Conference call with R. Rattet, D. Kirby and A. Tantlett regarding DIP financing terms, proposals and budgets. | 0.40 | 110.00 |
| 9/19/2013 | 4 | JC | Finalize Kersey Affidavit for filing. | 0.50 | 137.50 |
| 9/19/2013 | 16 | JC | Review I. Hammel revisions to cash collateral motion and order. | 0.60 | 165.00 |
| 9/19/2013 | 9 | JC | Conference call with R. Rattet, D. Kirby, A. Tantleff, I., Hammel, E. McMenamen and G. Johnson regarding DIP lending proposals. | 0.80 | 220.00 |
| 9/19/2013 | 4 | JC | Draft memo to K. Lin and G. Johnson regarding instructions for filing Chapter 11 case. | 1.00 | 275.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 14

| Date | | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/19/2013 | 7 | RLR | Telephone conference with W. Heinrich regarding status of proposal for GH as financial advisor | 0.10 | 55.00 |
| 9/19/2013 | 9 | RLR | Telephone conference with J. Kersey and G. Johnson regarding DIP loan terms | 0.10 | 55.00 |
| 9/19/2013 | 9 | RLR | Telephone conference with G. Johnson, D. Kirby and J. Cvek regarding DIP proposals, filing and budget concerns | 0.10 | 55.00 |
| 9/19/2013 | 7 | RLR | Review and forward OBM proposal for financial advisor. | 0.20 | 110.00 |
| 9/19/2013 | 7 | RLR | Telephone conference with J. Kersey regarding status of FTI retention. | 0.20 | 110.00 |
| 9/19/2013 | 7 | RLR | Telephone conference with G. Johnson and J. Cvek regarding status of FTI retention. | 0.20 | 110.00 |
| 9/19/2013 | 9 | RLR | Telephone conference with J. Moldovan and R. Dakis regarding DIP Loan Agreement and Order | 0.20 | 110.00 |
| 9/19/2013 | 7 | RLR | Telephone conference with A. Tantleff, D Kirby and J. Cvek regarding FTI proposal for retention. | 0.20 | 110.00 |
| 9/19/2013 | 25 | RLR | Telephone conference with D. Barney regarding security deposit, critical vendor issue; $10K. | 0.20 | 110.00 |
| 9/19/2013 | 9 | RLR | Telephone conference with A. Tanteleff, D. Kirby and J. Cvek regarding DIP and budget. | 0.20 | 110.00 |
| 9/19/2013 | 9 | RLR | Telephone conference with JK, George Johnson, D. Kirby, Julie Cvek and McMenamin, TH, A. Isenberg regarding status of DIP, filing, budget concerns. | 0.80 | 440.00 |
| 9/19/2013 | 9 | RLR | Telephone conference with J. Svirsky on status of proposal for DIP lending | 1.00 | 550.00 |
| 9/20/2013 | 9 | DK1 | Meeting with R. Rattet regarding DIP lender status (.2); e-mail M Hausman of UST's office regarding same (.1) | 0.30 | 142.50 |
| 9/20/2013 | 7 | DK1 | Begin draft of FTI retention application. | 1.00 | 475.00 |
| 9/20/2013 | 25 | DK1 | Revise utilities motion. | 1.00 | 475.00 |
| 9/20/2013 | 9 | RLR | Telephone conference with R. Dakis regarding DIP Loan Agreement and Order | 0.10 | 55.00 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 15

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/20/2013 | 4 | RLR | Telephone conference with M. Hausman, D. Kirby regarding DIP financing, Sheldon Good, and cash collateral. | 0.20 | 110.00 |
| 9/20/2013 | 4 | RLR | Telephone conference with A. Tantleff and D. Kirby regarding US Trustee comments. | 0.20 | 110.00 |
| 9/20/2013 | 25 | RLR | Telephone conference with D. Barney regarding settlement of Veolia utility deposit | 0.20 | 110.00 |
| 9/20/2013 | 4 | RLR | Telephone conference with A. Tantleff, W. Appel, B. Rice and D. Kirby regarding DIP, retention, sale issues regarding Sheldon Good. | 0.30 | 165.00 |
| 9/20/2013 | 4 | RLR | Telephone conference with G. Johnson and J. Kersey regarding DIP, Sheldon Good. | 0.50 | 275.00 |
| 9/20/2013 | 4 | RLR | Telephone conference with G. Johnson, J. Kersey, J. Cvek, D. Kirby regarding DIP, Sheldon Good, review of documents. | 0.70 | 385.00 |
| 9/21/2013 | 25 | DK1 | E-mail with R Rattet regarding settlement of Veolia deposit and revision to utilities motion. | 0.20 | 95.00 |
| 9/21/2013 | 7 | DK1 | E-mail A Tantleff regarding retention application. | 0.20 | 95.00 |
| 9/21/2013 | 7 | DK1 | Revise draft financial advisor application. | 2.50 | 1,187.50 |
| 9/21/2013 | 9 | RLR | Review DIP lending agreement and sale agreement. | 0.80 | 440.00 |
| 9/21/2013 | 4 | RLR | Review e-mails (38) regarding DIP, utility motion, sales agreement with Sheldon Good. | 1.90 | 1,045.00 |
| 9/22/2013 | 7 | RLR | Review Sheldon Good retention agreement and e-mails with comments. | 0.60 | 330.00 |
| 9/22/2013 | 9 | RLR | Review DIP loan agreement with Racebrook | 0.80 | 440.00 |
| | | | | 145.70 | 66,692.50 |
| 9/16/2013 | 0 | | Photocopies | 55.00 | 5.50 |
| 9/16/2013 | 0 | | Photocopies | 89.00 | 8.90 |

Lafayette Yard Community Development Corp. – WORKOUT
Invoice: 8/1/2013 – 9/22/2013
Page 16

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/18/2013 | 0 | DIS | Meals | | 1.00 | 9.00 |
| | | | | | | 23.40 |

| | |
|---|---|
| Total Charges | $66,715.90 |
| Payments Received | $25,000.00 |
| OUTSTANDING BALANCE | $41,715.90 |