**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                                                                               Chapter 11

**LAFAYETTE YARD COMMUNITY DEVELOPMENT CORP.**              Case No. 13-30752

## BANKRUPTCY CLOSING REPORT CHAPTER 11

**To the best of my knowledge and belief, the following is a breakdown in this case:**

FEES AND EXPENSES (From case inception)

**$1,170,432.59**        FEES AND EXPENSES FOR ATTORNEY FOR DEBTOR

**$64,834.38**        OTHER PROFESSIONAL FEES and ALL EXPENSES

  N/A        TRUSTEE FEE (if applicable)

  N/A        ATTORNEY FOR TRUSTEE (if applicable)

  X        PLAN CONFIRMED        **100%**  DIVIDEND PAID to Administrative and Class 1 Claims

           PLAN NOT CONFIRMED        YES   FUTURE DIVIDENDS

STEPS TAKEN TO CONSUMMATE PLAN:

  X        Distribution under the plan commenced.

           Other (explain)

Respectfully Submitted,

**WONG FLEMING**
*Counsel to the Debtor and Debtor-in-Possession*

By:  /s/ Gregory G. Johnson
        Gregory G. Johnson, Esq.
              -and-
**DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP**
*Co-Counsel to the Debtor and Debtor-in-Possession*

By:  /s/ Julie Cvek Curley
        Julie Cvek Curley, Esq.

Dated:  May 7, 2014

Closing Report
70151320-001